## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF IOWA

### WESTERN DIVISION

| | |
|---|---|
| STEPHEN P. KELLY,<br>General Delivery,<br>U.S. Post Office,<br>Worthington, Minnesota 56187,<br><br>     Plaintiff,<br><br>vs.<br><br>GRACE BAPTIST CHURCH,<br> an Iowa corporation, and<br>DAN COX, in his official capacity,<br>904 19th Street,<br>Harlan, Iowa 51537,<br><br>     Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO. _____

RECEIVED

NOV 0 2 2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

### CIVIL COMPLAINT

COMES NOW, the Plaintiff in the above styled action and does show cause for complaint as follows:

1. This is an action sustained by STEPHEN P. KELLY, hereinafter, Plaintiff KELLY, and sues the Defendants jointly, GRACE BAPTIST CHURCH, an Iowa corporation, and DAN COX, in his official capacity, alleging:

    a.  Personal injury;

    b.  Unauthorized medical advice; and

    c.  Continued medical hardship!!!

## PARTIES

2. Plaintiff, STEPHEN P. KELLY, is a former resident of Harlan, Iowa and sought out sole spiritual advice per the GRACE BAPTIST CHURCH and from its official associate pastor, (DAN COX).

3. Corporate Defendant, GRACE BAPTIST CHURCH, is in fact an Iowa corporation with its principal place of business in the now diverse state of Iowa, and obtains no license in which to render medical advice!!!  The church and its pastor, (DAN COX), had on-hands contact directly with Plaintiff KELLY!

4. Capacity Defendant, (DAN COX), acts in his official capacity as associate pastor for the Grace Baptist Church in Harlan, Iowa and obtains no official license in which to provide medical advice!!

5. Plaintiff, STEPHEN P. KELLY, has suffered, and still continues to suffer, a medical hardship and severe physical injury caused and brought upon solely at the cause of Defendants!!!

## NATURE OF THE CASE

6. This concise case returns judicially where the Plaintiff party now ("continues") to suffer additional pain and suffering upon the severe physical aspects originally caused solely by Defendants!

7. Capacity Defendant, (DAN COX), clearly obtains no medical license under the authority of the State of Iowa governed Board of Medicine!

8. Capacity Defendant, (DAN COX), and his principal place of corporation, the Grace Baptist Church, has clearly engaged into a severe act of medical malpractice, thus, even further has, in fact, rendered medical advice upon Plaintiff without a state license sufficing such of a required license invoking such nature of advice!!!

2

## JURISDICTION AND VENUE

9.  This federal court obtains primary jurisdiction over this case based upon diversity of citizenship, where the parties are citizens of different states! 28 U.S.C. § 1332.

10. Plaintiff, STEPHEN P. KELLY, is now and to date a citizen of ("permanence") in the foreign state of Minnesota!

11. Corporate Defendant, the GRACE BAPTIST CHURCH, obtains its principal place of corporation within the confines of the diverse state of Iowa and brought injury upon Plaintiff during such time upon which Plaintiff in fact resided in Iowa!

12. Capacity Defendant, (DAN COX,) is a citizen of the state of Iowa and has resided in Iowa at all times material to this action!

13. The concise financial amount in dispute is in excess of $75,000, sufficing federal court jurisdiction.

14. Venue is proper in the Southern District of Iowa because each event giving rise to this action accrued in the Southern District of Iowa! 28 U.S.C. § 1391.

## STATEMENT OF FACTS

15.   During the term/annual year of 2022, Defendant, (DAN COX), an associate pastor of the Harlan Iowa Grace Baptist Church, a ("non-licensed") medical provider, did in fact engage into a severe act of ("unauthorized medical advice") without the privilege or consent per Plaintiff KELLY causing and bringing upon severe physical injury upon Plaintiff KELLY, condoned and ratified further at the hands of corporate and pastoral officials of the Grace Baptist Church in Harlan, Iowa!

16. During a telephone conversation between Plaintiff KELLY and Defendant, DAN COX, Defendant, DAN COX, attempted to force Plaintiff KELLY to rise very early on Sunday

3

mornings in which for Plaintiff KELLY to attend the Grace Baptist Church in Harlan, Iowa; however, Plaintiff KELLY made clear note to Defendant, DAN COX, that Plaintiff KELLY had in fact been prescribed a very potent and high dose of sleeping medication per an actual physician, Dr. Mark Mozer (Eveti & Pine)!

17. Defendant, (DAN COX), has even so much as admitted these entire events to an Indiana insurance corporation and Defendant, DAN COX's, liability carrier, (Judy-Select Insurance Inc)!

18. As to the new events here described in the above paragraph 17, now and here, new (evidence) arises presenting this new civil complaint much more plausible upon its face!!!

19. In result of Defendant, DAN COX's, religious pressure upon Plaintiff KELLY to right out ignore the prescription and advice of a competent and licensed physician, Dr. Mozer, does in fact suffice severe civil liability upon Defendant, DAN COX, and his oversight corporation, the Grace Baptist Church!!!   Defendant, DAN COX's, most redundant quote addressed to Plaintiff KELLY within the confines of this same phone conversation between Plaintiff KELLY and Defendant, DAN COX, Defendant, DAN COX, a mere church pastor, and non-licensed medical advisor, asserted to Plaintiff KELLY that Plaintiff KELLY did not need any medications as such, and solely needed (Jesus) and to attend an early church service at the concise Grace Baptist Church!!!   Plausibility is so clear here.

20. Plaintiff KELLY, in sole result of Defendant, DAN COX's, most incompetent advice in which for Plaintiff KELLY to rise extra early on Sunday morning, Plaintiff KELLY in fact fell harshly to the hard ground surface and cracked / fractured his entire back area at the primary cause of rising far too early being under the high dose of his prescribed medication, at which Plaintiff KELLY had made clear to Defendant, DAN COX, that he was unable to do and was not able to do and to correctly balance himself!!!   Defendant, DAN COX, still yet pressured

4

Plaintiff KELLY until Plaintiff KELLY did in fact take the anti-medical advice of Defendant, DAN COX, where Plaintiff Kelly fell harshly upon the harsh ground upon such time at which Plaintiff KELLY attempted to rise very early in clear light of Defendant, DAN COX, advice in Plaintiff KELLY's attempt in which to attend the Grace Baptist Church early on this same Sunday morning giving rise to Plaintiff KELLY's severe back injury!!!

21. This is an additional action now as to the former and original action, now one year later where Plaintiff KELLY here suffers worsening back pain caused and brought upon at the hands of Defendants!!!

22. Corporate Defendant, GRACE BAPTIST CHURCH, is in fact properly named as an oversight liability and is responsible for all actions engaged into at the severe neglect of its associate pastor, (DAN COX)!!

## CLAIM ONE

23. Defendants caused and brought upon Plaintiff KELLY severe back injury and now ("continued") harsh and unbearable pain!!!

## CLAIM TWO

24. New evidence rises where Defendant, DAN COX, admitted to his own liability carrier that he had in fact engaged into a sincere mistake in rendering unauthorized professional advice causing Plaintiff KELLY severe injury!!!

## INJURY

25. Plaintiff KELLY suffers continued severe bone injury upon his back area far beyond reasonable repair and is in fact restrained as to his once quality movement!!!   Plaintiff KELLY, in fact, suffers excessive and unbearable back pain daily caused solely per Defendants' unauthorized medical advice!

## RELIEF

WHEREFORE, upon the premises considered, it is respectfully requested upon this

Honorable Court for the entry of a judgment as follows:

    A.  Find this Civil Complaint plausible upon its face;

    B.  Find that Plaintiff has in fact asserted a cognizable legal theory upon which this

Honorable Court can draw a reasonable inference that the Defendants are in fact liable for

the misconduct alleged!;

    C.  A civil jury trial process is so requested; and

    D.  Award Plaintiff with actual damage awards in a financial amount of One Million

Dollars!

I declare under the penalty of perjury the foregoing is true and correct.

Signed this __30th__ day of October 2023.


Signature of Plaintiff

General Del.
U.S. Post Office.
Worthington, MN 56187.

Retail   50306

U.S. POSTAGE
FCM LG ENV
WORTHINGTO
OCT 30, 2023

RDC 99

$1.83

R2304W12082

SCANNED & CLEARED BY U.S.M.S.   GC

**TO:** Clerk, United States Dist. Court.
Federal Courthouse.
P.O. Box 9344.
Des Moines, Iowa 50306