# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

STEPHEN P. KELLY,

                Plaintiff,

v.

GRACE BAPTIST CHURCH and
DAN COX,

                Defendants.

**CIVIL NUMBER:  1:23-cv-00028-RGE-SBJ**

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED**:

Pursuant to Initial Review Order [4], the case is dismissed with prejudice. Judgment is entered in favor of defendant and against plaintiff.

Date:  December 5, 2023

                CLERK, U.S. DISTRICT COURT

                /s/  Kandy Sands
                _____

                By: Deputy Clerk